# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL CARRILLO-AGUILAR,<br><br>　　　　Defendant. | Case No.: 19-CR-00367-WQH<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion (ECF NO. 17) of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the Information in Criminal Case No. 19-CR-00367-WQH against defendant DANIEL CARRILLO-AGUILAR be, and hereby is, dismissed;

　　IT IS SO ORDERED.

Dated: February 19, 2019

_/s/ William Q. Hayes_
Hon. William Q. Hayes
United States District Court